IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN P.B., INDIVIDUALLY AND ON BEHALF OF M.F.,<br>    Plaintiff,<br><br>v.<br><br>KHEPERA CHARTER SCHOOL, PEDRO RIVERA IN HIS OFFICIAL CAPACITY AS SECRETARY OF EDUCATION FOR THE COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION, AND COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF EDUCATION,<br>    Defendants. | CIVIL ACTION<br><br><br>NO. 18-885 |

# O R D E R

**AND NOW**, this 26th day of September, 2019 upon consideration of Plaintiff's Motion for Attorney's Fees and Costs (ECF 51) and Defendant Pennsylvania Department of Education's response thereto (ECF 52), **IT IS ORDERED** that:

1. Khepera Charter School shall pay to Plaintiff attorney's fees in the amount of $3,160.02;

2. The Pennsylvania Department of Education shall pay to Plaintiff attorney's fees in the amount of $21,292.51;

3. Costs shall be borne equally by Defendants.

              **BY THE COURT:**

              /s/Wendy Beetlestone, J.

              _____
              **WENDY BEETLESTONE, J.**